1   David A. Hilgemann, OSB #72121
2   Law Offices of David Hilgemann
3   530 Center Street NE, Suite 700
4   Salem, OR  97301-3740                          FILED'06 MAR 29 13:11USDC-ORE
5   Telephone:  (503) 585-2236
6   FAX No.:  (503) 585-1005
7   E-mail:  hilged@dhilgemannlaw.com
8
9       Of Attorneys for Defendant
10
11
12
13
14
15
16              IN THE UNITED STATES DISTRICT COURT
17
18              FOR THE DISTRICT OF OREGON
19
20  JOSE MARTINEZ-MEDRANO, ESAU          )
21  MARTINEZ-CASTRO, ELIZABETH           )
22  SANCHEZ-ANTONIO, MATEO               )
23  RODRIGUEZ, ELIA RODRIGUEZ,           )
24  MARCELA RODRIGUEZ-SALAZAR,           ) Case No. 6:05-CV-657-HO
25  AURELIA RODRIGUEZ, JOSEFINA          )
26  VASQUEZ, and GERARDO VASQUEZ-        )
27  PIMENTAL,                            ) JUDGMENT OF DISMISSAL
28                                       ) WITH PREJUDICE
29              Plaintiffs,              )
30                                       )
31          vs.                          )
32                                       )
33  JERRY RUIZ, dba J. RUIZ FARM         )
34  LABOR CONTRACTOR,                    )
35                                       )
36              Defendant.               )
37  _____  )
38
39          THIS MATTER having come before the Court on the parties' Stipulated Motion

40  to Dismiss Complaint with Prejudice, and the Court being fully advised in the premises; NOW,

41  THEREFORE,

Page 1 - JUDGMENT OF DISMISSAL WITH PREJUDICE

1      IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Complaint be,

2   and the same is, hereby dismissed with prejudice, and that neither party shall recover their costs

3   or attorney fees incurred herein.

4      DATED this ___29___ day of ___March___, 2006.

5

6      _____

7      THOMAS M. COFFIN

8      U.S. Magistrate Judge

9

10  **Submitted by:**

11

12  David A. Hilgemann, OSB #72121

13  Law Offices of David Hilgemann

14  530 Center Street NE, Suite 700

15  Salem, OR 97301-3740

16  Telephone: (503) 585-2236

17  Of Attorneys for Defendant

18

19

20

21

22

23

24

25

26

27

28

Page 2 - JUDGMENT OF DISMISSAL WITH PREJUDICE

1

## CERTIFICATE OF SERVICE

2

3  I HEREBY CERTIFY that I served the foregoing proposed form of JUDGMENT

4  OF DISMISSAL WITH PREJUDICE on:

5

6      Julie R. Samples
7      Attorney at Law
8      Oregon Law Center Farmworker Office
9      230 West Hayes Street
10     Woodburn, OR 97071
11         Of Attorneys for Plaintiffs

12

13  by mailing to said attorney(s) a full, true, and correct copy thereof. I further certify that said

14  copy was contained in a sealed envelope with postage thereon prepaid, addressed as above

15  stated, the last known address of said attorney(s), and deposited in the post office at Salem,

16  Oregon, on the 28th day of March, 2006.

17                        LAW OFFICES OF DAVID HILGEMANN

18

19     By: _David A. Asled OSB# 84331_____

20         David A. Hilgemann, OSB #72121
21         Of Attorneys for Defendant

22

23

24

25

26

27

28

29

Page 1 - CERTIFICATE OF SERVICE